1
2
3
4
5

6       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
7                  AT SEATTLE

8  PERNELL LAMONT FINLEY,

9                         Petitioner,          Case No. C15-2019 RSM

10      v.

                                               ORDER DENYING PETITION FOR WRIT
11 JAMES KEY,                                  OF HABEAS CORPUS

12                        Respondent.

13
        This is a federal habeas action brought under 28 U.S.C. § 2254.  Petitioner Pernell Finley
14
   challenges in his Amended Petition a 2011 judgment and sentence of the King County Superior
15
   Court.  In his Objection to the Report and Recommendation, Petitioner insists that the Court
16
   stated a "bold face lie" by finding that "nowhere in the transcript of closing argument [is there]
17
   an admonishment by Petitioner's counsel that jurors should not read or consider their
18
   instructions."  Dkt. #22 at 2.  The Court disagrees with Petitioner—the Report and
19
   Recommendation goes on to state that Petitioner's counsel "did acknowledge the prosecutor's
20
   argument that some of the charges may be easier to determine than others, and suggested that
21
   there may be 'shortcuts' to making those determinations" but stated that "counsel's comments
22
   regarding shortcuts were made in the context of focusing jurors on the state's burden of proving
23

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 1

every element of each crime charged and suggesting that there may be easier paths to finding reasonable doubt with respect to some charges." Dkt. #21 at 13.  When counsel's closing argument is viewed as a whole, and in light of the entirety of the record, it can be deemed neither deficient nor prejudicial.  Petitioner's other Objections fail to demonstrate factual mistake or legal error in the Report and Recommendation.  To the extent that Petitioner's Objections raise issues not previously raised in his Amended Petition, these issues are not properly before the Court.

The Court, having reviewed Petitioner's Amended Petition for writ of habeas corpus, respondent's answer to the Petition, the Report and Recommendation of James P. Donohue, Chief United States Magistrate Judge, Petitioner's Objections, and the remaining record, hereby finds and ORDERS:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's amended petition for writ of habeas corpus (Dkt. # 4) is DENIED.

(3) Petitioner's amended petition and this action are DISMISSED with prejudice.

(4) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all grounds for relief asserted in this federal habeas action.

(5) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable James P. Donohue.

DATED this 15th day of September 2016.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 2